Dismissed and Memorandum Opinion filed June 16, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00333-CR

____________

 

TREANCE LUGENE MASON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 263rd District Court


Harris County, Texas

Trial Court Cause No. 1295069

 



 

MEMORANDUM
 OPINION

Appellant entered a guilty plea to robbery.  In accordance
with the terms of a plea bargain agreement with the State, the trial court
sentenced appellant on April 4, 2011, to confinement for two years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant
filed a pro se notice of appeal.  We dismiss the appeal. 

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The record supports the trial
court’s certification.  See Dears v. State, 154 S.W.3d 610, 615 (Tex.
Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices
Anderson, Brown, and Christopher.

Do Not Publish — Tex. R. App. P. 47.2(b)